## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| Linda Smith, Individually and on behalf of Stephen Smith, and all of those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Air Methods Corporation d/b/a LifeNet, LifeNet, Air Methods Corporation, Coastal Carolina Medical Center, Inc. d/b/a Coastal Carolina Hospital, Tenet Healthsystem Medical, Inc. d/b/a Tenet Healthcare Corporation, and United Resource Systems, Inc.,<br><br>　　　　　　Defendants. | C.A. No.  9:14-cv-2587-DCN<br><br><br><br>**STIPULATION OF DISMISSSAL<br>　　WITH PREJUDICE** |

PURSUANT TO RULE 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, all parties to this action and their counsel hereby stipulate to dismissal WITH PREJUDICE of the above-captioned lawsuit and all claims asserted therein, each party to bear his, her or its costs.  It is further stipulated and acknowledged that no payment, concession or consideration passed from Defendants Air Methods Corporation d/b/a LifeNet, LifeNet, and Air Methods Corporation (collectively "Air Methods") to Plaintiffs or other defendants to induce this stipulation and that no other defendant has any claim against Air Methods with regard to this dismissal.

Done this 3rd day of October, 2014.

**WE SO STIPULATE:**

　/s/ Algernon Gibson Solomons, III
Algernon Gibson Solomons, III
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

1

803-943-4444
Email: gsolomons@speightsrunyan.com

   /s/ John Olin McDougall, II
John Olin McDougall, II
Newman and McDougall
PO Box 1336
Beaufort, SC 29901-1336
843-379-7000
Email: lin@mlflaw.com

ATTONREYS FOR PLAINTIFFS LINDA SMITH, INDIVIDUALLY AND ON BEHALF OF STEPHEN SMITH, AND ALL OF THOSE SIMILARLY SITUATED,

   /s/ Donald Jay Davis , Jr
Donald Jay Davis , Jr
Young Clement Rivers
PO Box 993
Charleston, SC 29402
843-720-5406
Email: jdavis@ycrlaw.com

ATTONREYS FOR DEFENDANTS COASTAL CAROLINA MEDICAL CENTER, INC., *DOING BUSINESS AS* COASTAL CAROLINA HOSPITAL AND TENET HEALTHSYSTEM MEDICAL, INC., *DOING BUSINESS AS* TENET HEALTHCARE CORPORATION

   /s/ Chad Vinson Echols
Chad Vinson Echols
Echols Firm
PO Box 12645
Rock Hill, SC 29731
803-329-8970
Email: chad.echols@theecholsfirm.com

ATTONREYS FOR DEFENDANT UNITED RESOURCE SYSTEMS, INC.

   /s/ Keith D. Munson
Keith D. Munson (Fed. I.D. #6843)
Womble Carlyle Sandridge and Rice, LLP
550 South Main Street, Suite 400
PO Box 10208
Greenville, SC 29603
864-255-5412
Email: kmunson@wcsr.com

ATTORNEYS FOR DEFENDANTS AIR METHODS CORPORATION D/B/A LIFENET, LIFENET, AND AIR METHODS CORPORATION